FILED

2003 NOV 26 ⊐ 4: 24

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TAGHRID CHARTOUNI | : | CIVIL ACTION |
| | : | No. 301 CV 645 (SRU) |
| vs. | | |
| J. C. PENNEY COMPANY, INC. | : | NOVEMBER 21, 2003 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure

the parties hereby stipulate that the above-entitled matter is dismissed

without costs to either party.

THE PLAINTIFF

TAGHRID CHARTOUNI

THE DEFENDANT
J. C. PENNEY CO., INC.

BY

BARRY P. BELETSKY
RICCIO & BELETSKY
310 Main Street, Suite 2B
East Haven, CT   06512
Telephone:  (203)469-8080
CT Bar #: ct 05313

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered on
this _____ day of November, 2003 to:

Taghrid Chartouni
P.O. Box 4383
Danbury, CT   06813


Barry P. Beletsky