FILED

2003 NOV 26   P 4: 24

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TAGHRID CHARTOUNI | : | CIVIL ACTION |
| | : | No. 301 CV 645 (SRU) |
| vs. | | |
| J. C. PENNEY COMPANY, INC. | : | NOVEMBER 21, 2003 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure the parties hereby stipulate that the above-entitled matter is dismissed without costs to either party.

THE PLAINTIFF

_____
TAGHRID CHARTOUNI

THE DEFENDANT
J. C. PENNEY CO., INC.

BY_____
BARRY P. BELETSKY
RICCIO & BELETSKY
310 Main Street, Suite 2B
East Haven, CT  06512
Telephone: (203)469-8080
CT Bar #: ct 05313